AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  JONES III, JOHN E | 2. Court or Organization  US COURT-MIDDLE DISTRICT OF PA | 3. Date of Report  05/10/2007 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  US DISTRICT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006 to 12/31/2006 |
|---|---|---|

| 7. Chambers or Office Address  240 WEST THIRD STREET SUITE 406 WILLIAMSPORT, PA 17701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ███████████ | ████████████████████ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | THE STATE EMPLOYEES RETIREMENT SYSTEM (PENNSYLVANIA) FORMER EMPLOYER - VESTED PENSION |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 18 A 11:41 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | PENNSYLVANIA BAR ASSOCIATION | JAN 19-22 - LAS VEGAS, NV - PBA MEETING (TRAVEL AND HOTEL) |
| 2. | ANTI-DEFAMATION LEAGUE | FEB 9-12 - PALM BEACH, FL - NATIONAL ADL CONFERENCE (TRAVEL AND HOTEL) |
| 3. | LYCOMING COLLEGE | MAR 9 - WILLIAMSPORT, PA - LYCOMING COLLEGE (MILEAGE) |
| 4. | VIRGINIA TRIAL LAWYERS ASSOCIATION | MAR 30-APR 1 - HOT SPRINGS, VA - VIRGINIA TRIAL LAWYERS ASSOC. CONFERENCE (MILEAGE AND HOTEL) |

| Name of Person Reporting | Date of Report |
| --- | --- |
| JONES III, JOHN E | 05/10/2007 |

| | | |
| --- | --- | --- |
| 5. | SMITH COLLEGE | APR 27-28 - HARTFORD, CT - SMITH COLLEGE (TRAVEL AND HOTEL) |
| 6. | TIME, INC | MAY 8 - NEW YORK, NY - TIME 100 EVENT (MEAL) |
| 7. | WIRED MAGAZINE | MAY 15-17 - SAN FRANCISCO, CA - WIRED MAGAZINE EVENT (TRAVEL AND HOTEL) |
| 8. | DICKINSON COLLEGE | MAY 21 - CARLISLE, PA - DICKINSON COLLEGE COMMENCEMENT (HOTEL) |
| 9. | NATIONAL EDUCATION ASSOCIATION | MAY 26 - WASHINGTON, DC - NATIONAL EDUCATION ASSOC. CONFERENCE (MILEAGE, PARKING, AND MEAL) |
| 10. | HUMAN BEHAVIOR AND EVOLUTION SOCIETY | JUN 10 - PHILADELPHIA, PA - UNIVERSITY OF PENNSYLVANIA (MILEAGE) |
| 11. | ANTI-DEFAMATION LEAGUE, ROCKY MT DIVISION | JUN 15-17 - DENVER, CO - DENVER ADL CONFERENCE (TRAVEL AND HOTEL) |
| 12. | PHILADELPHIA BAR ASSOCIATION PROFESSIONAL RESPONSIBILITY COMMITTEE | JUL 19 - PHILADELPHIA, PA - PHILADELPHIA BAR INSTITUTE CONFERENCE CENTER (MILEAGE AND PARKING) |
| 13. | PENNSYLVANIA BAR ASSOCIATION | SEPT 19 - MECHANICSBURG, PA - PA BAR ASSOCIATION CLE PRESENTATION (MILEAGE) |
| 14. | UNIVERSITY OF KANSAS | SEPT 26-27 - LAWRENCE, KS - UNIVERSITY OF KANSAS (TRAVEL AND HOTEL) |
| 15. | THE ADVANCED SCIENCE AND TECHNOLOGY ADJUDICATION RESOURCE CENTER | OCT 6-7 - CHICAGO, IL - JOHN MARSHALL LAW SCHOOL (TRAVEL AND HOTEL) |
| 16. | GSA GEOLOGY AND SOCIETY DIVISION | OCT 23 - PHILADELPHIA, PA - PENNSYLVANIA CONVENTION CENTER (MILEAGE AND PARKING) |
| 17. | HARVARD LAW SCHOOL | NOV 14-15 - CAMBRIDGE, MA - HARVARD UNIVERSITY (TRAVEL AND HOTEL) |
| 18. | BENNINGTON COLLEGE | NOV 27-28 - BENNINGTON, VT - BENNINGTON COLLEGE (TRAVEL AND HOTEL) |
| 19. | ACADEMY OF TRIAL LAWYERS OF ALLEGHENY COUNTY, PA | DEC 6-7 - PITTSBURGH, PA - ACADEMY OF TRIAL LAWYERS OF ALLEGHENY COUNTY CONFERENCE (TRAVEL AND HOTEL) |
| 20. | CEPHALON INC | DEC 12 - PHILADELPHIA, PA - FRANKLIN INSTITUTE (MILEAGE) |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

| X | NONE *(No reportable gifts.)* |

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

| X | NONE *(No reportable liabilities.)* |

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ████████ | B | Distribution | O | W | | | | | |
| 2. ████████ | A | Distribution | N | W | | | | | |
| 3. ████████ | B | Distribution | O | W | | | | | |
| 4. ████████ | A | Distribution | M | W | | | | | |
| 5. ████████ | A | Distribution | N | W | | | | | |
| 6. ████████ | A | Distribution | K | W | | | | | |
| 7. ████████ | | None | J | W | | | | | |
| 8. ████████ | A | Distribution | M | W | | | | | |
| 9. MTB-COMMON STOCK IRA | A | Dividend | | | SELL | 11/28 | J | A | |
| 10. STRD-COMMON STOCK IRA | | None | | | SELL | 11/28 | J | | |
| 11. NATIONWIDE-ANNUITY | A | Interest | J | T | | | | | |
| 12. UNION BANK & TRUST CO.-CHECKING | A | Interest | K | T | | | | | |
| 13. QUALITY VENDING INC-50% INTEREST | D | Distribution | L | W | | | | | |
| 14. LOAN RECEIVABLE-PHOENIX CONTRACTING | A | Interest | M | T | | | | | |
| 15. UBPTE-COMMON STOCK (UNION BANCORP INC (UBPT.PK)) | A | Dividend | J | T | | | | | |
| 16. UBPTE-COMMON STOCK (UNION BANCORP INC (UBPT.PK)) | A | Dividend | J | T | | | | | |
| 17. UBPTE-COMMON STOCK (UNION | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| BANCORP INC (UBPT.PK)) | | | | | | | | | |
| 18. DREYFUS PREMIER BALANCED FD. | A | Dividend | J | T | | | | | |
| 19. GE COMMON STOCK | A | Dividend | J | T | | | | | |
| 20. NASDAQ 100 SHARES-COMMON STOCK | A | Dividend | J | T | | | | | |
| 21. SOVEREIGN BANCORP-COMMON STOCK | A | Dividend | J | T | | | | | |
| 22. AIRTRAN HOLDINGS - COMMON STOCK | | None | | | SELL | 11/16 | J | | |
| 23. E BAY INC - COMMON STOCK | | None | | | SELL | 11/16 | J | | |
| 24. GAP INC - COMMON STOCK | A | Dividend | | | SELL | VAR | J | | |
| 25. PENN NATIONAL GAMING - COMMON STOCK | | None | J | T | | | | | |
| 26. TELIK INC - COMMON STOCK | | None | | | SELL | 12/29 | J | | |
| 27. XM SATELLITE RADIO HLDGS CLA - COMMON STOCK | | None | J | T | | | | | |
| 28. YAHOO INC - COMMON STOCK | | None | | | SELL | 11/16 | J | | |
| 29. ARROW INTERNATIONAL INC - COMMON STOCK | A | Dividend | | | SELL | VAR | J | A | |
| 30. AUTO DATA PROCESSING - COMMON STOCK | A | Dividend | | | SELL | 4/4 | J | A | |
| 31. BOEING CO - COMMON STOCK | A | Dividend | | | SELL | 7/7 | J | D | |
| 32. OSI PHARMACEUTICALS - COMMON STOCK | | None | | | SELL | 7/10 | J | A | |
| 33. PENN NATIONAL GAMING - COMMON | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| STOCK | | | | | | | | | |
| 34. US BANCORP DEL - COMMON STOCK | A | Dividend | | | SELL | 5/4 | J | A | |
| 35. CHARLES SCHWAB & CO INC - M/M FUND | A | Interest | J | T | | | | | |
| 36. SMITH BARNEY CITIGROUP - M/M FUND | A | Interest | | | REDEEM | VAR | J | | |
| 37. OPPENHEIMER GLOBAL FUND A - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 38. OPPENHEIMBER CAPITAL APPRECIATION FUND A - MUTUAL FUND | | None | J | T | | | | | |
| 39. FULTON FINANCIAL CORP. | A | Dividend | J | T | | | | | |
| 40. BROOKSTREET SECURITIES CORP.-M/M FD. | A | Dividend | K | T | | | | | |
| 41. U.S. TREASURY NOTE-IRA | A | Interest | K | T | | | | | |
| 42. ABM COMMON STOCK-IRA | A | Dividend | | | SELL | 11/13 | J | | |
| 43. WYE COMMON STOCK-IRA | A | Dividend | J | T | PARTIAL SELL | 11/28 | J | A | |
| 44. BMY COMMON STOCK-IRA | A | Dividend | | | SELL | 11/28 | J | A | |
| 45. CRS COMMON STOCK-IRA | A | Dividend | | | SELL | 11/28 | K | D | |
| 46. CVX COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 47. HPQ COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 48. CAG COMMON STOCK-IRA | A | Dividend | | | SELL | 11/28 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. CCK COMMON STOCK-IRA | | None | | | SELL | 11/28 | J | B | |
| 50. DD COMMON STOCK-IRA | A | Dividend | | | SELL | 11/28 | J | B | |
| 51. EAS COMMON STOCK-IRA | A | Dividend | | | SELL | 11/13 | J | A | |
| 52. XOM COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 53. FULT COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 54. GE COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 55. HON COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 56. HUM COMMON STOCK-IRA | | None | J | T | PARTIAL SELL | VAR | K | C | |
| 57. K COMMON STOCK-IRA | A | Dividend | | | SELL | 11/28 | J | A | |
| 58. KEY COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 59. KMB COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 60. LG COMMON STOCK-IRA | A | Dividend | | | SELL | 11/28 | J | B | |
| 61. LU COMMON STOCK-IRA | | None | | | SELL | 11/13 | J | | |
| 62. MTB COMMON STOCK-IRA | A | Dividend | | | SELL | 11/28 | K | C | |
| 63. SOV COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 64. MRK COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 65. MMM COMMON STOCK-IRA | A | Dividend | K | T | PARTIAL | 11/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | SELL | | | | |
| 66. NXL COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 67. BOH COMMON STOCK-IRA | A | Dividend | | | SELL | 11/28 | K | B | |
| 68. PTV COMMON STOCK-IRA | | None | | | SELL | 11/28 | J | D | |
| 69. JCP COMMON STOCK-IRA | A | Dividend | | | SELL | 11/28 | K | D | |
| 70. PEP COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 71. PFE COMMON STOCK-IRA | A | Dividend | J | T | PARTIAL SELL | 11/28 | J | B | |
| 72. SFE COMMON STOCK-IRA | | None | | | SELL | 11/28 | J | B | |
| 73. SPI COMMON STOCK-IRA | A | Dividend | | | SELL | 11/13 | J | C | |
| 74. STRD COMMON STOCK-IRA | | None | | | SELL | 8/22 | J | | |
| 75. TE COMMON STOCK-IRA | A | Dividend | | | SELL | 11/13 | J | | |
| 76. TYC COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 77. UL COMMON STOCK-IRA | A | Dividend | K | T | | | | | |
| 78. VZ COMMON STOCK-IRA | A | Dividend | J | T | | | | | |
| 79. WFSL COMMON STOCK-IRA | A | Dividend | | | SELL | 11/28 | J | A | |
| 80. WMI COMMON STOCK-IRA | A | Dividend | | | SELL | 11/28 | J | B | |
| 81. ZMH COMMON STOCK-IRA | | None | | | SELL | 8/22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,5 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 82. UBPTE COMMON STOCK-IRA (UNION BANCORP INC (UBPT.PK)) | A | Dividend | K | T | | | | | |
| 83. DISCOVER BANK OF DE-CD-IRA | B | Interest | | | MATURE | 6/15 | | | |
| 84. CHESAPEAKE ENERGY - COMMON STOCK | A | Dividend | | | SELL | 12/29 | J | B | |
| 85. GARTMORE NATIONWIDE FUND-MUTUAL FUND CLASS A | A | Dividend | J | T | | | | | |
| 86. STJ - COMMON STOCK - IRA | | None | | | SELL | 11/28 | K | | |
| 87. DNP SELECT INCOME FUND-MUTUAL FUND-IRA | A | Dividend | J | T | SELL | VAR | J | A | |
| 88. CHEVRON-TEXACO 3.5% BOND - IRA | A | Interest | K | T | | | | | |
| 89. UNION BANK OF POTTSVILLE-SAVINGS | A | Interest | K | T | | | | | |
| 90. CCE-COMMON STOCK-IRA | A | Dividend | | | SELL | 11/28 | J | A | |
| 91. EXXON MOBIL CORP-COMMON STOCK | A | Dividend | J | T | | | | | |
| 92. GENERAL ELECTRIC CO-COMMON STOCK | A | Dividend | J | T | | | | | |
| 93. ISTAR FINANCIAL-COMMON STOCK | A | Dividend | J | T | | | | | |
| 94. PFIZER INC-COMMON STOCK | A | Dividend | | | SELL | VAR | J | | |
| 95. SIRIUS SATELLITE RADIO - COMMON STOCK | | None | K | T | | | | | |
| 96. TALBOTS INC - COMMON STOCK | A | Dividend | | | SELL | 12/29 | J | | |
| 97. WILLIAMS SONOMA-COMMON STOCK | | None | | | SELL | 3/13 | J | A | |
| 98. NATIONAL PENN BANCSHARES - | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| COMMON STOCK | | | | | | | | | |
| 99. ORACLE CORPORATION - COMMON STOCK | | None | | | SELL | 3/13 | J | | |
| 100. SIRIUS SATELLITE RADIO INC - COMMON STOCK | | None | J | T | | | | | |
| 101. SOVEREIGN BANCORP INC - COMMON STOCK | A | Dividend | J | T | | | | | |
| 102. FIDELITY BLUE CHIP VALUE FUND - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 103. VANGUARD PA LONG TERM TAX EX - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 104. FIDELITY REAL ESTATE INCOME FUND - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 105. FIDELITY INVESTMENT - M/M FUND | A | Dividend | J | T | | | | | |
| 106. AFLAC INC - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 107. E TRADE FINANCIAL - COMMON STOCK - IRA | | None | J | T | | | | | |
| 108. GLOBAL INDUSTRIES LTD - COMMON STOCK | | None | | | SELL | 3/8 | J | C | |
| 109. HELMERICH & PAYNE - COMMON STOCK | A | Dividend | | | SELL | 3/8 | J | C | |
| 110. COOPER CAMERON - COMMON STOCK | | None | | | SELL | 3/8 | J | A | |
| 111. DIAMOND OFFSHORE DRILLING - COMMON STOCK | A | Dividend | | | SELL | 3/8 | J | D | |
| 112. AMERICAN SCIENCE & ENG - COMMON STOCK | | None | | | SELL | 3/13 | J | C | |
| 113. BED, BATH & BEYOND - COMMON STOCK | | None | | | SELL | 11/21 | J | | |
| 114. DARDEN RESTAURANTS - COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| STOCK | | | | | | | | | |
| 115.  WALT DISNEY CO - COMMON STOCK | A | Dividend | | | SELL | 11/21 | J | A | |
| 116.  FNB CORPORATION - COMMON STOCK | A | Dividend | J | T | | | | | |
| 117.  MICROSOFT - COMMON STOCK | A | Dividend | J | T | | | | | |
| 118.  STARBUCKS CORP - COMMON STOCK | | None | J | T | | | | | |
| 119.  TALISMAN ENERGY - COMMON STOCK | | None | | | SELL | 7/6 | J | A | |
| 120.  TIME WARNER - COMMON STOCK | A | Dividend | J | T | | | | | |
| 121.  XTO ENERGY - COMMON STOCK | A | Dividend | J | T | | | | | |
| 122.  DREYFUS SMALL CAP - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 123.  FIDELITY NEW MKTS INCOME - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 124.  SCHWAB S&P 500 INDEX - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 125.  VANGUARD INTL VALUE FUND - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 126.  VANGUARD STRATEGIC - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 127.  LEGACY TRUST M/M FUND - IRA | A | Dividend | J | T | | | | | |
| 128.  GMAC SMART NOTES - IRA | A | Interest | K | T | REDEEM | 2/8 | K | | |
| 129.  HOME DEPOT INC - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 130.  MAINSTREET BANK CD - IRA | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,000 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 131. VERIZON - COMMON STOCK - IRA | A | Dividend | J | T | | | | | |
| 132. LEGACY TRUST M/M FUND - IRA | A | Dividend | K | T | | | | | |
| 133. APPLE COMPUTER - COMMON STOCK | | None | J | T | | | | | |
| 134. NORDSTROM INC - COMMON STOCK | | None | J | T | | | | | |
| 135. DRESSER RAND GROUP - COMMON STOCK | | None | | | SELL | 2/23 | J | A | |
| 136. FOSTER WHEELER LTD - COMMON STOCK | | None | | | SELL | 2/28 | O | C | |
| 137. NATIONAL OILWELL VARCO - COMMON STOCK | | None | | | SELL | 3/7 | J | A | |
| 138. NEWMONT MINING CORP - COMMON STOCK | A | Dividend | J | T | PARTIAL SELL | 12/19 | J | A | |
| 139. STREETTRACKS GOLD TR GOLD - COMMON STOCK | | None | J | T | | | | | |
| 140. ULTRA SHORT SMALL CAP PRO - MUTUAL FUND | | None | | | SELL | VAR | J | | |
| 141. FOSTER WHEELER LTD - COMMON STOCK | | None | | | BUY | 4/25 | J | | |
| 142. FOSTER WHEELER LTD - COMMON STOCK | | None | | | SELL | 7/28 | J | | |
| 143. I SHARES MSCI - TAIWAN INDEX FUND - MUTUAL FUND | | None | | | BUY | 3/27 | J | | |
| 144. I SHARES MSCI - TAIWAN INDEX FUND - MUTUAL FUND | | None | | | SELL | 7/10 | J | A | |
| 145. I SHARES MSCI - MALAYSIA FREE INDEX FUND - MUTUAL FUND | | None | | | BUY | 1/27 | J | | |
| 146. I SHARES MSCI - MALAYSIA FREE INDEX FUND - MUTUAL FUND | | None | | | SELL | 7/10 | J | A | |
| 147. FALLING US DOLLAR PRO FUND INV | | None | | | BUY | 3/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| CLASS MUTUAL FUND | | | | | | | | | |
| 148. FALLING US DOLLAR PRO FUND INV CLASS MUTUAL FUND | | None | | | SELL | 5/22 | J | A | |
| 149. RISING RATES OPPORTUNITY PRO FUND INVESTOR MUTUAL FUND | | None | | | BUY | 3/29 | J | | |
| 150. RISING RATES OPPORTUNITY PRO FUND INVESTOR MUTUAL FUND | | None | | | SELL | 5/22 | J | A | |
| 151. ANNALY MORTGAGE MANAGEMENT INC - COMMON STOCK | A | Dividend | | | BUY | 1/27 | J | | |
| 152. ANNALY MORTGAGE MANAGEMENT INC - COMMON STOCK | A | Dividend | | | SELL | 7/28 | J | | |
| 153. ISHARES SILVER TR - COMMON STOCK | | None | J | T | BUY | 12/29 | J | | |
| 154. ULTRA SHORT SMALL CAP PRO FUND MUTUAL FUND | A | Dividend | J | T | BUY | VAR | J | | |
| 155. ULTRA SHORT OTC PRO FUND INVESTOR MUTUAL FUND | A | Dividend | J | T | BUY | VAR | J | | |
| 156. FNB CORP - COMMON STOCK | A | Dividend | J | T | BUY | 6/2 | J | | |
| 157. FIDELITY SHORT TERM BOND FUND MUTUAL FUND | A | Dividend | J | T | BUY | 3/13 | J | | |
| 158. HUGOTON ROYALTY TRUST COMMON STOCK | A | Royalty | | | SPINOFF | 5/12 | J | | |
| 159. HUGOTON ROYALTY TRUST COMMON STOCK | A | Royalty | | | SELL | 12/29 | J | A | |
| 160. VANGUARD SMALL CAP MUTUAL FUND | A | Dividend | J | T | BUY | 7/10 | J | | |
| 161. VANGUARD VALUE MUTUAL FUND | A | Dividend | J | T | BUY | 7/10 | J | | |
| 162. BOSTON PRIVATE BANK CD | A | Interest | | | BUY | 7/10 | J | | |
| 163. BOSTON PRIVATE BANK CD | A | Interest | | | SELL | 10/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - 50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 164. GAP INC - COMMON STOCK | A | Dividend | | | BUY | VAR | J | | |
| 165. GAP INC - COMMON STOCK | A | Dividend | | | SELL | 11/21 | J | | |
| 166. FEDERATED TOTAL RETURN BD MUTUAL FUND | A | Dividend | K | T | BUY | 11/15 | | | |
| 167. VANGUARD INTERM TERM BOND INDEX FUND #314 MUTUAL FUND | A | Dividend | L | T | BUY | VAR | | | |
| 168. VANGUARD SHORT-TERM FED-ADM #549 MUTUAL FUND | B | Dividend | L | T | BUY | 8/21 | ·L | | |
| 169. IDEARC INC - COMMON STOCK - IRA | | None | J | T | SPINOFF | 11/24 | J | | |
| 170. TARGET CORP - COMMON STOCK - IRA | A | Dividend | J | T | BUY | 11/28 | J | | |
| 171. WHIRLPOOL CORP - COMMON STOCK - IRA | A | Dividend | J | T | BUY | 11/28 | J | | |
| 172. WALGREEN CO - COMMON STOCK - IRA | A | Dividend | K | T | BUY | 11/28 | J | | |
| 173. WELLS FARGO & CO - COMMON STOCK - IRA | A | Dividend | J | T | BUY | 11/28 | J | | |
| 174. RR DONNELLEY & SONS CO - COMMON STOCK - IRA | A | Dividend | J | T | BUY | 11/28 | J | | |
| 175. UNITED PARCEL SERVICE CL B - COMMON STOCK - IRA | A | Dividend | J | T | BUY | 11/28 | J | | |
| 176. APPLIED MATERIALS - COMMON STOCK - IRA | A | Dividend | J | T | BUY | 11/28 | J | | |
| 177. INTEL CORP - COMMON STOCK - IRA | A | Dividend | J | T | BUY | 11/28 | J | | |
| 178. MICROSOFT CORP - COMMON STOCK - IRA | A | Dividend | J | T | BUY | 11/28 | J | | |
| 179. SELECT SECTOR SPDR TR UTILITIES - COMMON STOCK - IRA | A | Dividend | J | T | BUY | 11/28 | J | | |
| 180. SELECT SECTOR SPDR TR MATERIALS | A | Dividend | J | T | BUY | 11/28 | J | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
(See Column C2)   Q =Appraisal   V =Other   S =Assessment
U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - COMMON STOCK - IRA | | | | | | | | | |
| 181. DODGE & COX STOCK FUND - MUTUAL FUND - IRA | A | Dividend | M | T | BUY | 11/28 | M | | |
| 182. CBS CORP - COMMON STOCK | | None | J | T | BUY | 1/13 | J | | |
| 183. VIACOM INC CL B - COMMON STOCK | | None | J | T | BUY | 1/13 | J | | |
| 184. TEMECULA VALLEY BANCORP - COMMON STOCK | | None | J | T | BUY | 11/30 | J | | |
| 185. FIDELITY FUND (FFIDX) - MUTUAL FUND | A | Dividend | J | T | BUY | VAR | J | | |
| 186. GARTMORE MONEY MARKET - MUTUAL FUND | A | Dividend | J | T | BUY | VAR | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E | 05/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII - INVESTMENTS AND TRUSTS

ITEM 116 - NAME CHANGE FROM LEGACY BANK TO FNB CORPORATION.

ITEM 158 - SPINOFF FROM XTO ENERGY.

ITEM 169 - SPINOFF FROM VERIZON.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____ 5-11-07 _____

NOTE: ANY INDIV████████████ AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL S████████████ (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544